THIRD DEPARTMENT, AUGUST, 1943.

(August 2, 1943.)

In the Matter of WILLIAM S. RICHARDSON, Respondent. STANLEY J. TAUB et al., Constituting the Board of Elections of Broome County, Respondents; PAUL T. GORMAN, Appellant.—

All concur.

In the Matter of PAUL T. GORMAN, Appellant, against STANLEY J. TAUB et al., Constituting the Board of Elections of Broome County, et al., Respondents.—

All concur.